
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 24 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 08-cr-00053 |
| VERSUS | JUDGE STAGG |
| JARMARSAY KION SMITH | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress (Doc. 12) is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 24th day of July, 2008.

TOM STAGG
UNITED STATES DISTRICT JUDGE